IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**ANTHONY DELOACH**                                                                                           **PLAINTIFF**

**VS.**                              **CASE NO. 6:22-CV-06036-SOH**

**FRENCH QUARTER PARTNERS, LLC; and,**
**DALE E. KLOSS**                                                                                           **DEFENDANTS**

## MOTION FOR CONTINUANCE OF BENCH TRIAL
## SCHEDULED OCTOBER 30, 2023
## AND REQUEST FOR SETTLEMENT CONFERENCE

Comes now the Defendants by and through attorney Travis J. Morrissey of the Morrissey Law Firm; and, for this Motion for a Continuance of the Bench Trial Scheduled herein on October 30, 2023, and for a Settlement Conference, hereby state to this Honorable Court the following:

1. To this attorney's knowledge, the Court has not previously ordered and the parties have not participated in a Settlement Conference herein but, Defendants believe same may prove fruitful.

2. Therefore, for the reasons stated herein, this attorney would respectfully request the relief requested herein.

3. That this Motion is made for meritorious reasons and not for purposes of delay.

**WHEREFORE,** Defendants prays that this Honorable Court continue the Bench Trial scheduled herein on October 30, 2023;

*DeLoach vs. Kloss, et al*
Motion for Continuance Of Bench Trial Scheduled October 30, 2023
 And Request for Settlement Conference

---

for a Settlement Conference to be scheduled; and, for any and all other relief to which Defendants may be entitled.

                                            Respectfully submitted,

                                                      **/s/ Travis J. Morrissey**
                                **By:  Travis J. Morrissey, Arkansas Bar #99033**
                                    **Morrissey Law Firm**
                                     835 Central Avenue – Suite 509
                                     Hot Springs, Arkansas 71901
                                     (501) 623-7372 or 622-6767 Telephone
                                     (501) 623-2822 Facsimile
                                     Electronic Mail - tjm@tjmlegal.com
                                     Website – Hotspringslawyer.net