IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**ANTHONY DELOACH**                                                                                          **PLAINTIFF**

vs.                                              No. 6:22-cv-6036-SOH

**FRENCH QUARTER PARTNERS, LLC,**                                     **DEFENDANTS**
**and DALE E. KLOSS**

### RESPONSE TO MOTION FOR CONTINUANCE OF BENCH TRIAL SCHEDULED OCTOBER 30, 2023 AND REQUEST FOR SETTLEMENT CONFERENCE

Plaintiff does not oppose Defendants' request for a Settlement Conference and agrees that the conference may prove fruitful, but opposes any continuance of the trial date. Plaintiff has repetitively pushed for many settlement options throughout this case's litigation, including requesting agreement to a settlement conference. Based on Defendants' lack of interest in pursuing settlement until practically the eve of trial, Plaintiff suspects that Defendants' request may be more of a delay tactic than a good faith effort to resolve the case. Accordingly, to avoid undue delay and ensure both parties are motivated to pursue speedy resolution, Plaintiff respectfully requests that this Court schedule a settlement conference as soon as possible *without* continuing any remaining deadlines.

Page 1 of 2
Anthony Deloach v. French Quarter Partners, LLC, et al.
U.S.D.C. (W.D. Ark.) Case No. 6:22-cv-6036-SOH
Response to Motion for Continuance of Bench Trial Scheduled October 30, 2023 and
Request for Settlement Conference

Respectfully submitted,

**PLAINTIFF ANTHONY DELOACH**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 500
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Page 2 of 2
Anthony Deloach v. French Quarter Partners, LLC, et al.
U.S.D.C. (W.D. Ark.) Case No. 6:22-cv-6036-SOH
Response to Motion for Continuance of Bench Trial Scheduled October 30, 2023 and
Request for Settlement Conference