IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ANTHONY DELOACH                                                                                    PLAINTIFF

v.                                         Case No. 6:22-cv-6036

FRENCH QUARTER PARTNERS, LLC
and DALE E. KLOSS                                                                              DEFENDANTS

**ORDER**

Before the Court is Defendants' Motion to Continue Trial and Request Settlement Conference. ECF No. 29. Defendants request a continuance of the trial in this matter set to commence on October 30, 2023. Defendants state that they desire a continuance to allow time for a settlement conference that they also request be conducted. Plaintiff responded in partial opposition, stating that they agree to a settlement conference but oppose a continuance of the trial. ECF No. 30.

Upon review, the Court finds that good cause for the instant motion has been shown. Accordingly, Defendants' Motion to Continue Trial and Request Settlement Conference (ECF No. 29) is hereby **GRANTED**. The trial in this matter is hereby **continued** and will now commence on March 4, 2024. All remaining deadlines shall be adjusted accordingly. The Court will refer this matter to a United States Magistrate Judge for a settlement conference.

**IT IS SO ORDERED**, this 25th day of September, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge