IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**ANTHONY DELOACH**                                                    **PLAINTIFF**

vs.                                        No. 6:22-cv-6036-SOH

**FRENCH QUARTER PARTNERS, LLC,**                          **DEFENDANTS**
**and DALE E. KLOSS**

## JOINT NOTICE OF SETTLEMENT
## AND MOTION TO CONTINUE TRIAL

Plaintiff Anthony Deloach ("Plaintiff") and Defendants French Quarter Partners, LLC, and Dale E. Kloss ("Defendants"), by and through their undersigned counsel, for their Joint Notice of Settlement and Motion to Continue Trial, state as follows:

1. This case is currently set for a bench trial during the week of March 4, 2024, before the Honorable Susan O. Hickey. *See* ECF No. 31.

2. Plaintiff and Defendants have reached a settlement in principle that will resolve all claims alleged in this matter.

3. The Parties are in the process of finalizing settlement documents and expect to file dismissal documents within 30 days.

4. In light of their settlement progress, the Parties request that the trial currently scheduled for the week of March 4, 2024, and any remaining trial deadlines be continued.

5. This continuance is sought in good faith and not for the purpose of delay and would not prejudice either party.

Page 1 of 2
Anthony Deloach v. French Quarter Partners, LLC, et al.
U.S.D.C. (W.D. Ark.) Case No. 6:22-cv-6036-SOH
Joint Notice of Settlement and Motion to Continue Trial

WHEREFORE, for the reasons stated above, the Parties pray this Court grant this Motion to continue the trial scheduled for the week of March 4, 2024, and the remaining trial deadlines, and for all other necessary and proper relief.

        Respectfully submitted,

**PLAINTIFF ANTHONY DELOACH**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 500
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**and**    **FRENCH QUARTER PARTNERS, LLC, and DALE E. KLOSS, DEFENDANTS**

MORRISSEY LAW FIRM
835 Central Avenue, Suite 509
Hot Springs, Arkansas 71901
Telephone: (501) 623-7372
Facsimile: (501) 623-2822

*/s/ Travis J. Morrissey*
Travis J. Morrissey
Ark. Bar No. 99033
tjm@tjmlegal.com

Page 2 of 2
Anthony Deloach v. French Quarter Partners, LLC, et al.
U.S.D.C. (W.D. Ark.) Case No. 6:22-cv-6036-SOH
Joint Notice of Settlement and Motion to Continue Trial