IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ANTHONY DELOACH                                                                                    PLAINTIFF

v.                                    Case No. 6:22-cv-6036

FRENCH QUARTER PARTNERS, LLC
and DALE E. KLOSS                                                                              DEFENDANTS

## ORDER

Before the Court is the parties' Joint Motion to Continue Trial and Notice of Settlement. ECF No. 34. The parties state that they have reached a settlement in principle that would resolve all claims in this matter. Therefore, they request that the trial in this matter set to commence on March 4, 2024, be continued to allow the parties to finalize the settlement and eventually move to dismiss this matter.

Upon review, the Court finds that good cause for the instant motion has been shown. Accordingly, the parties' Joint Motion to Continue (ECF No. 24) is hereby **GRANTED**. The trial in this matter is hereby continued and all deadlines that have not yet elapsed are hereby lifted. The parties shall submit either a motion to dismiss or a status report within thirty (30) days of the date of this Order.

**IT IS SO ORDERED**, this 7th day of February, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge