IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**ANTHONY DELOACH**                                                                            **PLAINTIFF**

vs.                                       No. 6:22-cv-6036-SOH

**FRENCH QUARTER PARTNERS, LLC,**                               **DEFENDANTS**
**and DALE E. KLOSS**

## JOINT STATUS REPORT

Plaintiff Anthony Deloach and Defendants French Quarter Partners, LLC, and Dale E. Kloss, by and through their respective undersigned counsel, submit the following Joint Status Report:

1.    On February 5, 2024, the Parties filed a Joint Notice of Settlement and Motion to Continue Trial informing the Court that the Parties had reached a settlement in principle that would resolve all claims alleged in this case. (ECF No. 34)

2.    Further, the Parties stated that they expected to file dismissal documents or a status report with the Court within 30 days of the filing of the Joint Notice of Settlement.

3.    The Parties have drafted a settlement agreement and are in the process of editing it to the satisfaction of both Parties.

4.    Accordingly, the Parties require more time to finalize their agreement, obtain all signatures, and edit their dismissal documents.

5.    The Parties anticipate filing their dismissal documents or another joint status report by April 6, 2024.

    Respectfully submitted,

    **PLAINTIFF ANTHONY DELOACH**

    SANFORD LAW FIRM, PLLC
    Kirkpatrick Plaza
    10800 Financial Centre Pkwy, Suite 500
    Little Rock, Arkansas 72211
    Telephone: (501) 221-0088
    Facsimile: (888) 787-2040

    Sean Short
    Ark. Bar No. 2015079
    sean@sanfordlawfirm.com

    Josh Sanford
    Ark. Bar No. 2001037
    josh@sanfordlawfirm.com

**and**  **FRENCH QUARTER PARTNERS, LLC, and DALE E. KLOSS, DEFENDANTS**

    MORRISSEY LAW FIRM
    835 Central Avenue, Suite 509
    Hot Springs, Arkansas 71901
    Telephone: (501) 623-7372
    Facsimile: (501) 623-2822

    */s/ Travis J. Morissey*
    Travis J. Morrissey
    Ark. Bar No. 99033
    tjm@tjmlegal.com