IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**ANTHONY DELOACH**　　　　　　　　　　　　　　　　　**PLAINTIFF**

vs.　　　　　　　　　　No. 6:22-cv-6036-SOH

**FRENCH QUARTER PARTNERS, LLC,**　　　　　　　**DEFENDANTS**
**and DALE E. KLOSS**

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Anthony Deloach and Defendants French Quarter Partners, LLC, and Dale E. Kloss, by and through their respective undersigned counsel, submit the following for their Joint Stipulation of Dismissal with Prejudice:

1. Plaintiff brought this action against Defendants alleging violations of the overtime provisions of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. ("FLSA"), and the Arkansas Minimum Wage Act, Ark. Code Ann. § 11-4-201, *et seq*. ("AMWA").

2. After arm's length negotiations in which Plaintiff and Defendants were represented by counsel, Plaintiff and Defendants reached an agreement that resolves all claims in this lawsuit; Plaintiff and Defendants believe their agreement is a fair, reasonable and adequate compromise of a bona fide dispute.

3. The parties now file this stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii), which allows a case to be dismissed by stipulation if signed by all parties who have appeared.

4. The parties hereby stipulate to the dismissal of this action with prejudice, with each side to bear its own fees and costs, except as otherwise agreed.

        Respectfully submitted,

        **PLAINTIFF ANTHONY DELOACH**

        SANFORD LAW FIRM, PLLC
        Kirkpatrick Plaza
        10800 Financial Centre Pkwy, Suite 510
        Little Rock, Arkansas 72211
        Telephone: (501) 221-0088
        Facsimile: (888) 787-2040

        Sean Short
        Ark. Bar No. 2015079
        sean@sanfordlawfirm.com

        Josh Sanford
        Ark. Bar No. 2001037
        josh@sanfordlawfirm.com

**and**    **FRENCH QUARTER PARTNERS, LLC, and DALE E. KLOSS, DEFENDANTS**

        MORRISSEY LAW FIRM
        835 Central Avenue, Suite 509
        Hot Springs, Arkansas 71901
        Telephone: (501) 623-7372
        Facsimile: (501) 623-2822

        */s/ Travis J. Morrissey*
        Travis J. Morrissey
        Ark. Bar No. 99033
        tjm@tjmlegal.com